RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR - 2 2025

DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VERSUS | *   1:25-cr-00083-01 |
| | *   Judge Edwards |
| MILTON MAURICIO TACHIN-ORTIZ | *   Magistrate Judge Perez-Montes |
| | * |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
Forcibly Assaulting a Federal Officer
[18 U.S.C. § 111(a)(1)]

On or about March 6, 2025, in the Western District of Louisiana, the defendant, **Milton Mauricio Tachin-Ortiz**, did forcibly assault any person designated in 18 U.S.C. § 1114, to wit: S.L., a Deportation Officer with U.S. Immigration and Customs Enforcement who was engaged in the performance of his official duties, and did thereby inflict bodily injury upon S.L. through physical contact by hitting and punching him in the face and forehead, all in violation of Title 18, United States Code, Section 111 [18 U.S.C. § 111(a)(1)].

A TRUE BILL:

*REDACTED*

_____
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
TRENEISHA J. HILL, LA Bar No. 34366
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600